UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>                         -v.-<br><br>THEODORE J. FARNSWORTH, J. MITCHELL LOWE, and KHALID ITUM,<br><br>                    Defendants. | 22 Civ. 8226 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of the First Amended Complaint, filed by the Securities and Exchange Commission at docket number 69. Defendants are hereby ORDERED to answer, move, or otherwise respond to the Amended Complaint on or before **November 3, 2023**.

    SO ORDERED.

Dated:  October 12, 2023
            New York, New York

                                                                KATHERINE POLK FAILLA
                                                                United States District Judge