

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

February 5, 2024

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE:  *SEC v. Farnsworth, et al.*, No. 1:22-cv-8226-KPF (S.D.N.Y.)

Dear Judge Failla:

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status update. On November 6, 2023, the Court stayed this case pending resolution of the parallel criminal cases *United States v. Farnsworth*, No. 22 Cr. 20521 (RNS) (S.D. Fla.), and *United States v. Itum*, No. 23 Cr. 82 (VAP) (C.D. Cal.) (the "Criminal Cases"). On December 14, 2023, the Court instructed the parties to "file a status update with the Court within one week following the conclusion of the *Itum* trial." (DE 77.) Accordingly, the SEC respectfully notifies the Court that, on February 1, 2024, the jury in *United States v. Itum* returned guilty verdicts against Defendant Khalid Itum on Counts 1 and 2 of the Indictment (wire fraud) and not-guilty verdicts on Counts 3 and 4 (money laundering). As the Court further instructed on December 14, the SEC will provide another "status update on or before May 6, 2024, or within one week of any significant update in either of the Criminal Cases." (DE 77.)

Respectfully submitted,

/s/ *Jack Kaufman*
Jack Kaufman, Senior Trial Counsel
SEC Division of Enforcement

cc:    All counsel of record (by ECF).