

U.S. DEPARTMENT OF JUSTICE

CRIMINAL DIVISION

---

*Fraud Section*                   1400 New York Ave. NW  
                                                                   Washington, D.C. 20530

April 10, 2024

**VIA ECF**

Honorable Katherine Polk Failla  
United States District Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

       Re:  <u>SEC v. Farnsworth, et al., No. 1:22-cv-8226-KPF (S.D.N.Y.)</u>

Dear Judge Failla:

       On November 6, 2023, the Court issued an order staying this case pending resolution of the parallel criminal cases *United States* v. *Farnsworth*, No. 22 Cr. 20521 (DSL) (S.D. Fla.) and *United States* v. *Itum*, No. 23 Cr. 82 (VAP) (C.D. Cal.). In accordance with the Court's Order, Dkt. 77, the government is to "provide a status update on or before May 6, 2024, or within one week of any significant update" in the criminal cases.

       The government writes to inform the Court that the *Farnsworth* case was reassigned to the Hon. Judge David S. Leibowitz. Judge Leibowitz set trial for March 10, 2025.

       Should the Court have any questions, please contact us at (202) 538-3859 or <u>Lauren.Archer2@usdoj.gov</u>.

                                                         Sincerely,

                                                         /s/  
                                                Lauren Archer  
                                                Christopher Fenton  
                                                Matthew Reilly  
                                                Trial Attorneys  
                                                UNITED STATES DEPARTMENT OF JUSTICE  
                                                Criminal Division, Fraud Section  
                                                Market Integrity and Major Frauds  
                                                1400 New York Ave. NW  
                                                Washington, D.C. 20005