UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>THEODORE J. FARNSWORTH, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-8226-KPF<br><br>**MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL** |

　　　　PLEASE TAKE NOTICE that, upon the annexed declaration of Adam Fee, and subject to the approval of the Court, Adam Fee hereby withdraws as counsel for Defendant Khalid Itum and shall be removed from the CM/ECF notification list in the above-captioned matter.

Dated:  Los Angeles, California　　　　　PAUL HASTINGS LLP
　　　　　December 18, 2024

　　　　　　　　　　　　　　　　　　　　By:  /s/ *A. Fee*
　　　　　　　　　　　　　　　　　　　　　　Adam Fee
　　　　　　　　　　　　　　　　　　　　　　adamfee@paulhastings.com
　　　　　　　　　　　　　　　　　　　　　　1999 Avenue of The Stars
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90067
　　　　　　　　　　　　　　　　　　　　　　Telephone:  1(310) 620-5700
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  1(310) 620-5899

SO ORDERED: _____