UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br> -against-<br><br>THEODORE J. FARNSWORTH, et al.,<br><br>    Defendants. | Case No. 1:22-cv-8226-KPF<br><br>**DECLARATION OF ADAM FEE** |

I, ADAM FEE, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at the law firm Paul Hastings LLP, counsel for Defendant Khalid Itum in the above-captioned action. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for Mr. Itum.

2. Mr. Itum knowingly and freely assents to termination of my representation of him.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Los Angeles, California
   December 18, 2024

PAUL HASTINGS LLP

By: /s/ *A. Fee*
  Adam Fee
  adamfee@paulhastings.com
  1999 Avenue of The Stars
  Los Angeles, California 90067
  Telephone: 1(310) 620-5700
  Facsimile: 1(310) 620-5899