UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>  -against-<br><br>THEODORE J. FARNSWORTH, et al.,<br><br>              Defendants. | Case No. 1:22-cv-8226-KPF<br><br>**AFFIRMATION OF SERVICE OF MOTION TO WITHDRAW AS COUNSEL** |

I, Adam Fee, declare under penalty of perjury that I caused to be served a copy of my Motion and [Proposed] Order to Withdraw as Counsel for Defendant Khalid Itum, and the accompanying Declaration of Adam Fee, upon Mr. Itum by email to khaliditum@gmail.com on December 18, 2024.  Mr. Itum agreed to accept service by email.

Dated: Los Angeles, California
       December 18, 2024

PAUL HASTINGS LLP

By:   /s/ *A. Fee*
     Adam Fee
     adamfee@paulhastings.com
     1999 Avenue of The Stars
     Los Angeles, California 90067
     Telephone:  1(310) 620-5700
     Facsimile:  1(310) 620-5899

SO ORDERED: _____