AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

SECURITIES AND EXCHANGE COMMISSION,
Plaintiff (s),
V.
THEODORE FARNSWORTH,
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 22-CV-8226-KPF

Notice is hereby given that, subject to approval by the court, Theodore Farnsworth (Party (s) Name) substitutes Samuel J. Rabin, Jr., Esquire (Name of New Attorney), State Bar No. 273831 (Florida) as counsel of record in place of Louis D. Greenstein, Esq., Benjamin A. O'Neil, Esq. Edward A. Southerling, Esq. and Jason Cowley, Esq. (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Rabin & Lopez, P.A.
Address: 1 SE 3rd Avenue, Suite 2600, Miami, FL 33131
Telephone: (305) 358-1064 Facsimile (305) 372-1644
E-Mail (Optional): sjr@miamilawyer.com

I consent to the above substitution.
Date: 1/16/25
(Signature of Party (s))

I consent to being substituted.
Date: 1/21/2025
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/24/2025
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ______________________ ______________________
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**