AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

SECURITIES AND EXCHANGE COMMISSION,
                    Plaintiff (s),
V.
THEODORE FARNSWORTH,
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 22-CV-8226-KPF

Notice is hereby given that, subject to approval by the court, __Theodore Farnsworth__ substitutes
(Party (s) Name)

__Jessica Duque, Esquire__, State Bar No. __1031237 (FL)__ as counsel of record in
(Name of New Attorney)

place of __Louis D. Greenstein, Esq., Benjamin A. O'Neil, Esq. Edward A. Southerling, Esq. and Jason Cowley, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Rabin & Lopez, P.A.
    Address: 1 SE 3rd Avenue, Suite 2600, Miami, FL 33131
    Telephone: (305) 358-1064    Facsimile (305) 372-1644
    E-Mail (Optional): jessica@miamilawyer.com

I consent to the above substitution.
Date: 1/16/25
                    (Signature of Party (s))

I consent to being substituted.
Date: 1/21/2025
                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/24/25
                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____              _____
                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]