

U.S. DEPARTMENT OF JUSTICE

CRIMINAL DIVISION

*Fraud Section*   *1400 New York Ave. NW*
*Washington, D.C. 20530*

March 6, 2025

**VIA ECF**
Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  SEC v. Farnsworth, et al., No. 1:22-cv-8226-KPF (S.D.N.Y.)

Dear Judge Failla:

On November 6, 2023, the Court issued an order staying this case pending resolution of the parallel criminal cases *United States* v. *Farnsworth*, No. 22 Cr. 20521 (DSL) (S.D. Fl.) and *United States* v. *Itum*, No. 23 Cr. 82 (VAP) (C.D. Cal.).  On January 13, 2025, the Court ordered the Government to "file their next update on or before March 7, 2025."  There are no updates to report in connection with *United States v. Farnsworth*.

**United States v. Itum**.  Sentencing for Defendant Itum has been continued to May 30, 2025 in the Central District of California.

Please let us know if there is any additional information that we can provide for the Court's consideration.

                         Sincerely,

                         */s Matt Reilly*
                         Lauren Archer
                         Matthew Reilly
                         Katherine McCarthy
                         Trial Attorneys
                         UNITED STATES DEPARTMENT OF JUSTICE
                         Criminal Division, Fraud Section
                         Market Integrity and Major Frauds
                         1400 New York Ave. NW
                         Washington, D.C. 20005
                         (202) 320-8523
                         matthew.reilly2@usdoj.gov