

U.S. DEPARTMENT OF JUSTICE

CRIMINAL DIVISION

*Fraud Section*                                                                1400 New York Ave. NW
                                                                                                    Washington, D.C. 20530

June 5, 2025

**VIA ECF**
Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

       Re:  <u>SEC v. Farnsworth, et al., No. 1:22-cv-8226-KPF (S.D.N.Y.)</u>

Dear Judge Failla:

       On November 6, 2023, the Court issued an order staying this case pending resolution of the parallel criminal cases *United States* v. *Farnsworth*, No. 22 Cr. 20521 (DSL) (S.D. Fl.) and *United States* v. *Itum*, No. 23 Cr. 82 (VAP) (C.D. Cal.).  On March 7, 2025, the Court ordered the Government to "file their next update on or before June 7, 2025."  There are no substantive updates to report in connection with *United States v. Farnsworth*.

       ***United States v. Itum***.  Sentencing for Defendant Itum is set for July 11, 2025 in the Central District of California.  The government understands that the defense is likely to seek another continuance of that date.

       Please let us know if there is any additional information that we can provide for the Court's consideration.

                                                   Sincerely,

                                                   <u>/s Matt Reilly</u>
                                                   Lauren Archer
                                                   Matthew Reilly
                                                   Trial Attorneys
                                                   UNITED STATES DEPARTMENT OF JUSTICE
                                                   Criminal Division, Fraud Section
                                                   1400 New York Ave. NW
                                                   Washington, D.C. 20005
                                                   (202) 320-8523
                                                   matthew.reilly2@usdoj.gov