

U.S. DEPARTMENT OF JUSTICE

CRIMINAL DIVISION

*Fraud Section*                                1400 New York Ave. NW
                                               Washington, D.C. 20530

                                               September 8, 2025

**VIA ECF**
Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:  SEC v. Farnsworth, et al., No. 1:22-cv-8226-KPF (S.D.N.Y.)

Dear Judge Failla:

    On November 6, 2023, the Court issued an order staying this case pending resolution of the parallel criminal cases *United States* v. *Farnsworth*, No. 22 Cr. 20521 (DSL) (S.D. Fl.) and *United States* v. *Itum*, No. 23 Cr. 82 (VAP) (C.D. Cal.).  On June 6, 2025, the Court ordered the Government to "file their next update on or before September 8, 2025."  ECF No. 108.  There are no substantive updates to report in connection with *United States v. Farnsworth*.

    *United States v. Itum*.  A status conference for Defendant Itum – who has been convicted, but not yet sentenced – is set for November 14, 2025 in the U.S. District Court for the Central District of California.

    Please let us know if there is any additional information that we can provide for the Court's consideration.

                                           Sincerely,

                                           */s Matt Reilly*
                                           Lauren Archer
                                           Matthew Reilly
                                           Trial Attorneys
                                           UNITED STATES DEPARTMENT OF JUSTICE
                                           Criminal Division, Fraud Section
                                           1400 New York Ave. NW
                                           Washington, D.C. 20005
                                           (202) 320-8523
                                           matthew.reilly2@usdoj.gov

The Court thanks the Government for the above update.  The parties are instructed to file their next status update on or before **December 8, 2025,** or within two weeks of any significant development in the criminal cases.

Dated:    September 9, 2025          SO ORDERED.
        New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE