UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE J. FARNSWORTH, ET AL.,<br><br>Defendants. | Civil Action No.: 22-CV-08226 (KPF) |

## **DECLARATION OF WILLIAM F. MCGOVERN**

WILLIAM F. MCGOVERN, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at McGovern Weems PLLC and am no longer associated with the law firm Kobre & Kim LLP, which serves as counsel for Defendant J. Mitchell Lowe in the above-captioned action. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for Mr. Lowe.

2. Adriana Riviere-Badell, Rachel Warren, and Kelly Spatola of Kobre & Kim LLP will continue to represent Mr. Lowe in this action.

3. Mr. Lowe is also represented by David Oscar Markus and A. Margot Moss of Markus / Moss PLLC.

4. Mr. Lowe consents to my withdrawal from this matter.

5. My withdrawal will not delay the matter or prejudice any party.

6. I am not asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 9, 2025          /s/ William F. McGovern
       New York, New York         William F. McGovern