UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

THEODORE J. FARNSWORTH, ET AL.,

Defendants.

Civil Action No.: 22-CV-08226 (KPF)



## MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of William F. McGovern, and subject to the approval of the Court, William F. McGovern hereby withdraws as counsel for Defendant J. Mitchell Lowe and shall be removed from the CM/ECF notification list in the above-captioned matter. Adriana Riviere Badell, Rachel Warren, and Kelly Spatola of Kobre & Kim LLP will continue to represent Mr. Lowe in this action. Mr. Lowe is also represented by David Oscar Markus and A. Margot Moss of Markus / Moss PLLC.

Dated: September 9, 2025
         New York, New York

MCGOVERN WEEMS PLLC

By: */s/ William F. McGovern*
William F. McGovern
3 Columbus Circle, 15th Floor
New York, NY 10019
bill@mcgovernweems.com
Tel.: (646) 216-8295

*Counsel for Defendant J. Mitchell Lowe*

Application GRANTED. The Court wishes Mr. McGovern well and thanks him for his work on this case.

The Clerk of Court is directed to terminate the pending motion at docket entry 111, and to remove Mr. McGovern from the CM/ECF notification list.

Dated:   September 10, 2025         SO ORDERED.
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE