

**U.S. DEPARTMENT OF JUSTICE**

CRIMINAL DIVISION

---

*Fraud Section*

*1400 New York Ave. NW*
*Washington, D.C. 20530*

March 10, 2026

**<u>VIA ECF</u>**
Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  <u>SEC v. Farnsworth, et al., No. 1:22-cv-8226-KPF (S.D.N.Y.)</u>

Dear Judge Failla:

On November 6, 2023, the Court issued an order staying this case pending resolution of the parallel criminal cases *United States* v. *Farnsworth*, No. 22 Cr. 20521 (DSL) (S.D. Fla.) and *United States* v. *Itum*, No. 23 Cr. 82 (VAP) (C.D. Cal.).  On December 8, 2025, the Court ordered the parties "to file their next status update on or before February 27, 2026, or within two weeks of any significant development in the criminal cases."  The Government inadvertently failed to file an update by February 27 and sincerely apologies to the Court for any inconvenience.  There was a notable update in the *Itum* case in the Central District of California on March 5, 2026 and the Government writes to update the Court.

***United States v. Itum***.  On March 5, 2026, Defendant Itum by sentenced by the Hon. Judge Andre Birotte Jr. as follows:

Defendant, Khalid Itum, is hereby committed on Counts 1 and 2 of the Indictment to the custody of the Bureau of Prisons for a term of 1 day, considered time served. Supervised release for a term of three (3) years, pay a special assessment of $200, restitution in the total amount of $260,000. Bond will be exonerated upon reporting to supervision. Defendant informed of his right to appeal.

ECF No. 174 (capitalization altered).

On March 10, 2026, a Verification of Surrender was filed.  *See* ECF No. 176 (The defendant was ordered to self-surrender to begin serving their sentence of imprisonment on 3/5/2026. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time. As of 3/10/2026, it was verified the defendant

has reported to the U.S. Probation Office.).  To date, neither party in the *Itum* matter has filed a notice of appeal.

In ***United States v. Farnsworth***, there is a status conference set for May 15, 2026 for Defendant J. Mitchell Lowe and for July 17, 2026 for Defendant Theodore Farnsworth before the Hon. David S. Leibowitz in the United States District Court for Southern District of Florida.

Please let us know if there is any additional information that we can provide for the Court's consideration.

Sincerely,

*/s Matt Reilly*
Matthew Reilly
Acting Assistant Chief
UNITED STATES DEPARTMENT OF JUSTICE
Criminal Division, Fraud Section
1400 New York Ave. NW
Washington, D.C. 20005
(202) 320-8523
matthew.reilly2@usdoj.gov