

**U.S. DEPARTMENT OF JUSTICE**

CRIMINAL DIVISION

*Fraud Section*

*1400 New York Ave. NW*
*Washington, D.C. 20530*

May 25, 2026

**<u>VIA ECF</u>**
Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  <u>SEC v. Farnsworth, et al., No. 1:22-cv-8226-KPF (S.D.N.Y.)</u>

Dear Judge Failla:

      On November 6, 2023, the Court issued an order staying this case pending resolution of the parallel criminal cases *United States* v. *Farnsworth*, No. 22 Cr. 20521 (DSL) (S.D. Fla.) and *United States* v. *Itum*, No. 23 Cr. 82 (VAP) (C.D. Cal.).  On March 11, 2026, the Court ordered the parties "to file their next status update on or before May 29, 2026, or within two weeks of any significant development in the criminal cases."

      In ***United States v. Itum***, the defendant has filed a notice of appeal.  (ECF No. 181.)

      In ***United States v. Farnsworth***, there is a status conference set for July 15, 2026 for both Defendant J. Mitchell Lowe and Theodore Farnsworth before the Hon. David S. Leibowitz in the United States District Court for Southern District of Florida.

      Please let us know if there is any additional information that we can provide for the Court's consideration.

                     Sincerely,

                     */s Matt Reilly*
                     Matthew Reilly
                     Acting Assistant Chief
                     UNITED STATES DEPARTMENT OF JUSTICE
                     Criminal Division, Fraud Section
                     1400 New York Ave. NW
                     Washington, D.C. 20005
                     (202) 320-8523
                     matthew.reilly2@usdoj.gov