

**U.S. DEPARTMENT OF JUSTICE**

CRIMINAL DIVISION

---

*Fraud Section*

*1400 New York Ave. NW*
*Washington, D.C. 20530*

July 27, 2026

**<u>VIA ECF</u>**
Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: <u>SEC v. Farnsworth, et al., No. 1:22-cv-8226-KPF (S.D.N.Y.)</u>

Dear Judge Failla:

  On November 6, 2023, the Court issued an order staying this case pending resolution of the parallel criminal cases *United States* v. *Farnsworth*, No. 22 Cr. 20521 (DSL) (S.D. Fla.) and *United States* v. *Itum*, No. 23 Cr. 82 (C.D. Cal.).  On May 26, 2026, the Court ordered the parties "to file their next status update on or before August 3, 2026, or within two weeks of any significant development in the criminal cases."

  In ***United States v. Itum***, the defendant's appeal remains pending.

  In ***United States v. Farnsworth***, there is a status conference set for December 11, 2026 for both Defendant J. Mitchell Lowe and Theodore Farnsworth before the Hon. David S. Leibowitz in the United States District Court for Southern District of Florida.

  Please let us know if there is any additional information that we can provide for the Court's consideration.

      Sincerely,

      */s Matt Reilly*
      Matthew Reilly
      Acting Assistant Chief
      UNITED STATES DEPARTMENT OF JUSTICE
      Criminal Division, Fraud Section
      1400 New York Ave. NW
      Washington, D.C. 20005
      (202) 320-8523
      matthew.reilly2@usdoj.gov